# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DOROTHY RAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-15-1261-M |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of the Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On December 30, 2016, United States Magistrate Judge Bernard M. Jones issued a Report and Recommendation in this action in which plaintiff seeks judicial review of the final decision of Acting Commissioner of Social Security Administration ("Acting Commissioner"), denying plaintiff's applications for disability insurance benefits under the Social Security Act. The Magistrate Judge recommended the Acting Commissioner's decision in this matter be reversed and remanded. The parties were advised of their right to object to the Report and Recommendation by January 13, 2017. On January 13, 2017, the Acting Commissioner filed an objection.

The Court has carefully reviewed the court file in this matter de novo. The Court concurs with the Magistrate Judge's conclusions that the Administrative Law Judge ("ALJ") erred in her analysis of the weight given to plaintiff's treating doctor's opinion and by failing to address plaintiff's global assessment of functioning scores contained in the treating doctor's treatment notes.

Accordingly, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 19] issued by the Magistrate Judge on December 30, 2016;

(2) REVERSES the decision of the Acting Commissioner;

(3) REMANDS for further administrative proceedings consistent with the Report and Recommendation; and

(4) ORDERS that judgment issue forthwith in accordance with the provisions of sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED this 24th day of February, 2017.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE